IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EDWARD R WILSON and SELMA M. WILSON, : : : Plaintiffs, : : vs. : NATIONSTAR MORTGAGE, LLC, : SUNTRUST MORTGAGE, INC., and : McCALLA RAYMER, LLC, : : Defendants. : | CIVIL ACTION NO. 1:14-CV-3540-CC |

### **ORDER**

This matter is before the Court on the Final Report and Recommendation ("R&R") issued by United States Magistrate Judge Gerrilyn G. Brill on June 24, 2015 [Doc. No. 19]. Magistrate Judge Brill recommends that Plaintiffs' motions for a remand to state court and for attorneys' fees be denied and Defendants' motions to dismiss for failure to state a claim be granted. The record reflects that no objections to the R&R have been filed, and the time for filing any such objection has lapsed.

The Court has reviewed the R&R for plain error according to United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983), and finds that the R&R is correct both in fact and in law. Accordingly, the Court **ADOPTS** the R&R as the opinion of the Court and **DENIES** Plaintiffs' motion for a remand to state court and motion for attorneys' fees [Doc. No. 13] and **GRANTS** Defendants' motions to dismiss for failure to state a claim [Doc. Nos. 6, 7, 8].

SO ORDERED this 2nd day of September, 2015.

s/   CLARENCE COOPER

CLARENCE COOPER
SENIOR UNITED STATES DISTRICT JUDGE